UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br><br>**Plaintiff**<br><br>vs.<br><br>Scott Killam and Annaliisa L. Killam<br><br>**Defendants**<br><br>Maine Revenue Services<br><br>**Party-In-Interest** | CIVIL ACTION NO: 2:19-cv-00232-JDL<br><br><br>RE:<br>26 Terrace Drive, Berwick, ME 03901<br><br>Mortgage:<br>August 26, 2010<br>Book 15934, Page 154 |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendants, Scott Killam and Annaliisa L. Killam, and hereby submit this Consent Judgment of Foreclosure and Sale.

Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($315,390.26) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Unpaid Principal Balance: | $219,247.29 |
| Escrow Balance: | $32,408.94 |
| Total Interest: | $63,138.94 |
| Late Charge: | $595.09 |
| **Grand Total** | **$315,390.26** |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($315,390.26) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Berwick Property shall terminate, U.S. Bank shall conduct a public sale of the Berwick Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $315,390.26 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $315,390.26.

5. The priority of interests is as follows:

   a.) U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $315,390.26, pursuant to the subject Note and Mortgage.

   b.) Maine Revenue Services, who has advised Plaintiff that due to the minimal amount of its lien and position in the chain of title, it will not be filing an Answer or Affidavit of Lien, has the second priority behind the Plaintiff pursuant to a Notice of State Lien dated May 8, 2015, in the amount of $944.65, and recorded in the York County Registry of Deeds in Book 17017, page 69.

   c.) Scott Killam and Annaliisa L. Killam have the third priority behind the Plaintiff.

7. The prejudgment interest rate is 4.87500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Scott Killam<br>26 Terrace Drive<br>Berwick, ME 03901 | Pro Se |
|  | Annaliisa L. Killam<br>36 Mark Avenue<br>Wells, ME 04090 | Thomas A. Cox, Esq.<br>P.O. Box 1314<br>Portland, ME 04104 |
| PARTY-IN-INTEREST | Maine Revenue Services | Kevin J. Crosman, Esq.<br>Asst. Attorney General<br>6 State House Station<br>Augusta, ME 04333 |

a) The docket number of this case is No. 2:19-cv-00232-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 26 Terrace Drive, Berwick, ME 03901, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 26 Terrace Drive, Berwick, ME 03901. The Mortgage was executed by the Defendants on August 26, 2010. The book and page number of the Mortgage in the York County Registry of Deeds is Book 15934, Page 154.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 26 Terrace Drive,

Berwick, ME 03901.  When Plaintiff files a report of sale pursuant to 14 M.R.S. § 6323, Plaintiff will not include any request for s deficiency judgment.  Plaintiff's waiver of any right to claim a deficiency is a binding agreement without regard to whether this judgment is ever set aside or waived in the future.

Dated:  July 17, 2019 /s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Dated: June 24, 2019 /s/ Scott Killam
Scott Killam
26 Terrace Drive
Berwick, ME 03901

Dated:  July 11, 2019 /s/ Analiisa L. Killam
Annaliisa L. Killam
c/o Thomas A. Cox, Esq.
P.O. Box 1314
Portland, ME 04104

**SO ORDERED.**

Dated:  August 6, 2019

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**